UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:17-cv-00042-FDW

| ALEXANDRA SHERMAN WARREN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. No. 13), and Defendant's response thereto (Doc. No. 14), it is hereby ordered that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount $2,029.69, in full satisfaction of all claims arising under the Equal Access to Justice Act. The fee shall be payable to Plaintiff and sent to the office of Plaintiff's counsel, Paul T. McChesney.

IT IS SO ORDERED.

Signed: September 11, 2017

Frank D. Whitney
Chief United States District Judge